IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

JOSEPH LINDSEY                                                                                    PLAINTIFF

v.                              Civil No.   13-2192

SHERIFF WILLIAM (BILL) HOLLENBECK,
Sebastian County, Arkansas; JAIL ADMINISTRATOR
JOHN DEVANE; MEDICAL ADMINISTRATOR
PAM CARNELL; ASSISTANT MEDICAL
ADMINISTRATOR KATHY JONES; DIRECTOR
OF INMATE MANAGEMENT JOHN MILLER;
DIRECTOR OF NURSES CINDY MOORE; and
NURSE CHERYL MAKINSON, All Sued in Both their
Official and Individual Capacities                                                        DEFENDANTS

## ORDER

Plaintiff has filed motions (Docs. 27 & 35) for default against Cheryl Makinson. The motions (Docs. 27 & 35) are denied. Although service has been accepted for Makinson on two different occasions, it was accepted by those not having the authority to do so.

Attorney Richard H. Strunks has filed a motion (Doc. 33) to set aside service on Makinson. The motion (33) is granted. However, counsel is directed to provide the Court with Makinson's current address and phone number by **May 19, 2014.**

Defendants have filed a motion (Doc. 39) for an extension of time to file their summary judgment motion. The motion (Doc. 39) is granted. Defendants are given until June 4, 2014, to file their summary judgment motion.

IT IS SO ORDERED this 7th day of May 2014.

/s/ *J. Marschewski*
HON. JAMES R. MARSCHEWSKI
CHIEF UNITED STATES MAGISTRATE JUDGE

-1-