IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

JOSEPH LINDSEY                                                                                    PLAINTIFF

v.                              Case No. 2:13-CV-02192

SHERIFF WILLIAM HOLLENBECK, Sebastian County,
Arkansas; JAIL ADMINISTRATOR JOHN DEVANE;
MEDICAL ADMINISTRATOR PAM CARNELL;
ASSISTANT MEDICAL ADMINISTRATOR KATHY JONES;
DIRECTOR OF INMATE MANAGEMENT JOHN MILLER;
and DIRECTOR OF NURSES CINDY MOORE, all sued in
both their official and individual capacities                                              DEFENDANTS

## JUDGMENT

Pursuant to the order entered in this case on this date, IT IS CONSIDERED, ORDERED, and ADJUDGED that Plaintiff's complaint is DISMISSED WITHOUT PREJUDICE for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b) and Local Rule 5.5(c)(2).

IT IS SO ADJUDGED this 31st day of March, 2017.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE